**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH DAVIDSON,

    Petitioner,

01-80497-crim.
CASE NO. 04-74833

-vs-

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE



UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on April 12, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is DENIED.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: MAY 3 1 2005

FILED
MAY 3 1 2005
CLERK'S OFFICE
DETROIT